

**Entered on Docket**
**December 09, 2010**

_Bruce A. Markell_
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

1 | KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
2 | 201 Las Vegas Blvd SouthSuite 200
Las Vegas, NV  89101
3 | (702) 853-0700

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE:** | Chapter 13 |
| **DONALD G JOHNSON** | BKS-10-28989-BAM |
| | |
| | Hearing Date: N/A |
| **Debtor** | Hearing Time: N/A |
| | |
| **HAINES & KRIEGER L.L.C.** | |
| **Attorney for Debtor** | |

### EX-PARTE ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO 11 U.S.C. SECTION 521(i)

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the

forty-five (45) day period, which expired on November 20, 2010.

. . .

. . .

. . .

1

1    **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3    **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5    **IT IS SO ORDERED.**

6  Submitted by:

7  /s/ Kathleen A. Leavitt

8  KATHLEEN A. LEAVITT
   CHAPTER 13 BANKRUPTCY TRUSTEE
   Dated: December 09, 2010
9  (tsw)

10

11

12

13

14

15

16

17

18

19

20